# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                NO. 2019 KW 0908

VERSUS

RICHARD LAY                                       **SEP 3 0 2019**

---

In Re:    Richard Lay, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 11-
          CR5-112033.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                              **JMM**
                              **MRT**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT